**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GREG BERNINI,

    Plaintiff,

    v.                               CASE NO.: 8:15-cv-02061-RAL-TBM

CREDIT PROTECTION ASSOCIATION, L.P.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Greg Bernini, by and through undersigned counsel, hereby advises the Court that the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 20, 2016                Respectfully Submitted,

                                                    */s/ Seth M. Lehrman*
                                                    Seth M. Lehrman (Fla. Bar No. 132896)
                                                    Email: seth@pathtojustice.com
                                                    FARMER, JAFFE, WEISSING,
                                                    EDWARDS, FISTOS & LEHRMAN, P.L.
                                                    425 North Andrews Avenue, Suite 2
                                                    Fort Lauderdale, FL 33301
                                                    Telephone: (954) 524-2820
                                                    Facsimile: (954) 524-2822

                                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on January 20, 2016, and will be served on all counsel of record listed below through the ECF system.

                                                      */s/ Seth M. Lehrman*
                                                    Seth M. Lehrman

## SERVICE LIST
*Bernini v. Credit Protection Association, L.P.*
**CASE NO. 8:15-cv-02061-RAL-TBM**
**United States District Court, Middle District of Florida, Tampa Division**

Barbara Fernandez (Fla. Bar No. 0493767)
E-mail: bfernandez@hinshawlaw.com
West A. Holden (Fla. Bar No. 0113569)
E-mail: wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd. 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Attorneys for Defendant*